STATE OF NEW JERSEY v. ISAIAH WASHINGTON.

September 30, 1975. Petition for certification denied. (See 135 *N. J. Super.* 23)

WAYNE J. KULICK v. TOWNSHIP OF WINFIELD.

September 30, 1975. Petition for certification denied.

JOSEPH SEMELY v. DIDI'EE SEMELY.

September 30, 1975. Petition for certification denied

R. J. LONGO CONSTRUCTION CO. v.
TOWNSHIP OF HAMILTON.

September 30, 1975. Petition for certification granted.

STATE OF NEW JERSEY v. NORWOOD WHITE.

September 30, 1975. Petition for certification denied.

HOUSING AUTHORITY OF THE CITY OF NEWARK v.
NORFOLK REALTY CO.

September 30, 1975. Petition for certification granted.